PROB 12A
(7/93)

# United States District Court

for the

## Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

RECEIVED
UNITED STATES
SEP 0 6 2005
DISTRICT JUDGE
ROBERT H. WHALEY

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 0 6 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| Name of Offender: Jack Dean Melson | Case Number: 2:00CR00139-001 |
| Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley | |
| Date of Original Sentence: 1/26/2001 | Type of Supervision: Supervised Release |
| Original Offense: Distribution of Cocaine, 21 U.S.C. § 841(a)(1) | Date Supervision Commenced: 2/14/2003 |
| Original Sentence: Prison - 36 Months; TSR - 36 Months | Date Supervision Expires: 2/13/2006 |

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1        **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer.

**Supporting Evidence**: Jack Melson is considered in violation of his period of supervised release in the Eastern District of Washington by using a controlled substance, cocaine, on or prior to May 11, 2005.

On May 11, 2005, the defendant was directed to report for urinalysis testing at Alcohol Drug Dependency Services (ADDS) in Moses Lake. Upon arriving Mr. Melson advised the staff his sample would return positive for cocaine. Subsequently this sample did in fact return positive for the presence of cocaine.

**U.S. Probation Officer Action**:

On May 17, 2005, the defendant was contacted at his residence and he admitted to using the cocaine. He advised he was fishing with some friends and they offered the drugs. The defendant stated he was no longer having any contact with these individuals. The defendants drug testings were increased from two samples per month to four. To dated the defendant has continued to maintain his sobriety and continues to help his elderly mother who is homebound. For this reason it would be respectfully recommended no action be taken at this time.

Prob12A
Re: Melson, Jack Dean
September 1, 2005
Page 2

                                      Respectfully submitted,

                           by  _/s/ David L. McCary_
                                David L. McCary
                                U.S. Probation Officer
                                Date: September 1, 2005

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

                                    _[signature]_
                                    Signature of Judicial Officer

                                    9/6/05
                                    Date